# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| LAVANYA DURAIRAJAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| JAMES ROSE and R&R TRUCKING, | ) Removal from the Circuit Court of Winnebago County, Illinois |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, JAMES ROSE and R&R TRUCKING pursuant to 28 U.S.C. §1441, §1446 and §1332, hereby file their Notice of Removal of this cause to the United States District Court for the Northern District of Illinois, Western Division from the Circuit Court of Winnebago County, Illinois. In support, Defendants state as follows:

1. On October 28, 2021, Plaintiff filed an action in the Circuit Court of Winnebago County, Illinois, entitled *Lavanya Durairajan v. James Rose R&R Trucking* and under case number 2021 L 0000315. Attached as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint.

2. Defendants file this Notice of Removal and assert that the United States District Court for the Northern District of Illinois, Western Division has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332, and that this action is one which may be removed pursuant to 28 U.S.C. §1441, in that the parties, upon information and belief, are citizens of different states, and the amount in controversy, upon information and belief, exceeds the sum of $75,000.

3. James Rose is a citizen of the state of Iowa. R&R Trucking is a trade name used by Rose. **See Exhibit B – USDOT Company Snapshot**. Based on information and belief, and the allegations of Plaintiff's Complaint, Plaintiff is a citizen of Illinois. Therefore, complete diversity exists as Plaintiff does not share a state of citizenship with any of the Defendants.

4. In Plaintiff's Complaint, Plaintiff prays for judgment against Defendants in excess of $50,000 related to injuries her neck, back, right side, head and other parts of her body as the result of a read-end accident in Seward Township, Illinois on November 27, 2019.

5. Defendants are contemporaneously serving written notice of the filing of this Notice of Removal to the parties and the Clerk of the Circuit Court of Winnebago County, Illinois, pursuant to 28 USC §1446(d).

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Defendants respectfully demand a jury trial on all triable issues in this action.

WHEREFORE, Defendants, James Rose and R&R Trucking, respectfully request that this case proceed before the United States District Court for the Northern District of Illinois, Western Division as an action properly removed.

Date: November 17, 2021                    James Rose and R&R Trucking


*By:/s/ Thomas M. Wolf*
One of its attorneys

Jonathan W. Goken (ARDC No. 6278837)
Thomas M. Wolf (ARDC No. 6314294)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718
312.345.1778 (fax)
Jonathan.Goken@lewisbrisbois.com
Thomas.Wolf@lewisbrisbois.com