# Exhibit A

**ELECTRONICALLY FILED**
DOC ID: 15390690
CASE NO: 2021-L-0000315
DATE: 10/28/2021 2:52 PM
BY: A H, DEPUTY

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## COUNTY OF WINNEBAGO

| | |
|---|---|
| LAVANYA DURAIRAJAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **2021-L-0000315** |
| v. ) No. | |
| ) | |
| JAMES ROSE and ) | |
| R & R TRUCKING, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES Plaintiff, LAVANYA DURAIRAJAN, by and through her attorneys, HUPY and ABRAHAM, and complaining of Defendants, JAMES ROSE and R & R TRUCKING, states as follows:

### COMMON ALLEGATIONS

1. That the events complained of took place on or about November 27, 2019, in Winnebago County, Illinois.

2. Plaintiff, LAVANYA DURAIRAJAN, was the driver of a motor vehicle traveling westbound on US Route 20, at or near its intersection with North Pecatonica Road, in Seward Township, Illinois.

3. Defendant, JAMES ROSE, was the driver of a motor vehicle also traveling westbound on US Route 20, at or near its intersection with North Pecatonica Road, in Seward Township, Illinois.

4. Notwithstanding his duty to keep a proper lookout for other motor vehicles traveling on the roadway, Defendant, JAMES ROSE, rear-ended a third-party motor vehicle and then colliding with the Plaintiff's motor vehicle.

1

5. The aforementioned motor vehicle operated by Defendant, JAMES ROSE, was owned by Defendant, R & R TRUCKING.

## COUNT I

### Lavanya Durairajan v. James Rose – Negligence

1. – 5. Plaintiff, LAVANYA DURAIRAJAN, repeats and re-alleges Paragraphs 1 through 5 of Common Allegations and states as follows:

6. At all times herein, Defendant, JAMES ROSE, owed a duty to Plaintiff, LAVANYA DURAIRAJAN, to exercise reasonable care in the operation of his motor vehicle.

7. In rear-ending a third-party motor vehicle and then colliding with the Plaintiff's motor vehicle, Defendant, JAMES ROSE, breached his duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

   a) Failed to decrease the speed of his motor vehicle as necessary to avoid colliding with a motor vehicle on said roadway, in violation of 625 ILCS 5/11-601.

   b) Followed Plaintiff's motor vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of 625 ILCS 5/11-710.

   c) Failed to keep his motor vehicle under safe and proper control.

   d) Failed to keep a proper lookout ahead for other motor vehicles.

   e) Was otherwise negligent.

8. As a direct and proximate result of one or more of the acts of negligence of Defendant, JAMES ROSE, Plaintiff was seriously injured.

9. Plaintiff, LAVANYA DURAIRAJAN, suffered injuries to her neck, back, right side, head, and other parts of her body. Plaintiff, LAVANYA DURAIRAJAN, has endured pain and suffering in the past and will have pain and suffering in the future; she has incurred and will incur medical expenses; and she has suffered emotional distress, all as a result of the injuries received.

WHEREFORE, Plaintiff, LAVANYA DURAIRAJAN, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, JAMES ROSE, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) for personal injuries.
2. That the costs of this action be taxed against the Defendant.
3. For other and further relief as the Court may deem just and proper.

## COUNT II

### Lavanya Durairajan v. R & R Trucking - Agency

1. - 5. Plaintiff, LAVANYA DURAIRAJAN, repeats and re-alleges Paragraphs 1 through 5 of Common Allegations and states as follows:

6. Defendant, JAMES ROSE, was operating his automobile as an apparent and/or authorized agent and/or employee of the vehicle owner, Defendant, R & R TRUCKING.

7. Defendant, JAMES ROSE, was operating said motor vehicle with the full knowledge and consent of the vehicle owner, Defendant, R & R TRUCKING.

8. In rear-ending a third party motor vehicle and then colliding with the Plaintiff's motor vehicle, Defendant, R & R TRUCKING, through its agency of Defendant, JAMES

3

ROSE, breached its duty to Plaintiff and was guilty of one or more of the following negligent acts or omissions:

a) Failed to decrease the speed of its motor vehicle as necessary to avoid colliding with a motor vehicle on said roadway, in violation of 625 ILCS 5/11-601.

b) Followed Plaintiff's motor vehicle more closely than was reasonable and prudent given traffic and conditions of said roadway, in violation of 625 ILCS 5/11-710.

c) Failed to keep its motor vehicle under safe and proper control.

d) Failed to keep a proper lookout ahead for other motor vehicles.

e) Was otherwise negligent.

9. As a direct and proximate result of one or more of the acts of negligence of Defendant, R & R TRUCKING, through its agency of Defendant, JAMES ROSE, Plaintiff was seriously injured.

10. Plaintiff, LAVANYA DURAIRAJAN, suffered injuries to her neck, back, right side, head and other parts of her body. Plaintiff, LAVANYA DURAIRAJAN, has endured pain and suffering in the past and will have pain and suffering in the future; she has incurred and will incur medical expenses; and she has suffered emotional distress, all as a result of the injuries received.

WHEREFORE, Plaintiff, LAVANYA DURAIRAJAN, prays this Honorable Court:

1. That Plaintiff have and recover a judgment against Defendant, R & R TRUCKING, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) for personal injuries.
2. That the costs of this action be taxed against the Defendant.
3. For other and further relief as the Court may deem just and proper.

                Respectfully submitted,
                LAVANYA DURAIRAJAN, Plaintiff

                By: _____
                Vito J. Manicioto, Attorney for Plaintiff

Vito J. Manicioto (#6290123)
HUPY and ABRAHAM
6475 Washington Street
Suite 105
Gurnee, IL 60031
(847) 625-5500
(847) 625-6318 (fax)
Vito@hupy.com

5