## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lavanya Durairajan

                        Plaintiff,

v.                                                  Case No.: 1:21−cv−06150
                                                  Unassigned

James Rose, et al.

                        Defendant.

### DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. (aee, )